■ OLGA DAVIS, Appellant, v. KENNETH DERWING, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of ROSE FANELLI, Appellant, against CIRILLO BROS. COAL & FUEL COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of ANNA S. GORDON, Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, by consent, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.